Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMADI MLATAMOU HASSANATI, *et al.*, | CASE NO. 2:16-cv-02734-DSF-SS |
| Plaintiffs, | HON. DALE S. FISCHER |
| vs. | **JUDGMENT** |
| INTERNATIONAL LEASE FINANCE CORPORATION and DOES 1-50, | |
| Defendants. | |

## **JUDGMENT**

On November 21, 2016, this Court entered an order granting the Motion to Dismiss filed by Defendant International Lease Finance Corporation ("Defendant") as to Plaintiffs' Complaint in its entirety. (ECF Dkt No. 38.) The Court ordered Plaintiffs' Complaint dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. It is further ordered that judgment be entered in favor of Defendant and against all Plaintiffs as to each and every cause of action in this matter, and that Plaintiffs take nothing by way of their claims against Defendant.

IT IS SO ORDERED.

Dated: December 2, 2016

_____
Honorable Dale. S. Fischer
United States District Judge